UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT HOWARD GOLEMAN,<br><br>             Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>             Defendant. | Case No. 1:26-cv-00263-JLT-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING<br>PLAINTIFF'S TIME TO FILE MOTION FOR<br>SUMMARY JUDGMENT<br><br>(Doc. 10) |

Pending before the Court is Plaintiff Brett Howard Goleman's stipulated request to extend the deadline to file a motion for summary judgment, from March 30, 2026, through and including May 29, 2026. (Doc. 10). In support, the parties represent that Plaintiff's counsel has 15 briefs due during the weeks of March 23 and March 30, 2026, and requires additional time to brief the issues in this action. *Id.* at 2.

For good cause shown, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **May 29, 2026**. The opposition and optional reply shall be filed in accordance with the Court's scheduling order. (Doc. 5).

IT IS SO ORDERED.

Dated:    **March 3, 2026**                    _____

UNITED STATES MAGISTRATE JUDGE